**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEANNE C. SPENCER,  Plaintiff,  v.  POCONO INTERNATIONAL RACEWAY, INC. d/b/a POCONO RACEWAY,  Defendant. | CIVIL ACTION NO. 3:12-cv-1050  (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 5th day of June, 2012, **IT IS HEREBY ORDERED** that the Plaintiff is given leave to file an amended complaint within twenty-one (21) days from the date of this Order properly alleging jurisdiction. If the Plaintiff fails to do so, the action will be dismissed.

       /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge