**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEANNE C. SPENCER,<br><br>    Plaintiff,<br><br>        v.<br><br>POCONO INTERNATIONAL RACEWAY, INC. d/b/a POCONO RACEWAY,<br><br>    Defendant. | CIVIL ACTION NO. 3:12-cv-1050<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 5th day of June, 2012, **IT IS HEREBY ORDERED** that the Plaintiff is given leave to file an amended complaint within twenty-one (21) days from the date of this Order properly alleging jurisdiction. If the Plaintiff fails to do so, the action will be dismissed.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge